UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILUS MARDEL VALSON,<br><br>         Petitioner,<br><br>   v.<br><br>J. GASTELO,<br><br>         Respondent. | No. CV 19-8486 JVS (FFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: October 31, 2019

_____
JAMES V. SELNA
United States District Judge